AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 19 2016

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1  Ricardo Renteria (YOB 1991 aka 1994, COB Mexico) | ) | Case No. M-16-0921-M |
| 2  Ricardo Renteria Jr. (YOB 1991, COB USA) | ) | (Related M-16-971 |
| | ) | M-16-965) |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/18/2016  in the county of  Hidalgo  in the  Southern  District of Texas, the defendant violated  Title 8  U. S. C. §  1324(a)(1)(A)(iii) & a(1)(A)(v)(I) , an offense described as follows:

Knowing and in reckless disregard of the fact that Oscar Rodriguez Moreno, Carlos Rangel Solis and Brandon Ray Cortez attempted to come to, enter, or remain in the United States in violation of law, did knowingly conspire with others, known and unknown, to, and did, conceal, harbor, or shield from detection, or attempt to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation or otherwise in furtherance of such violation.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Yontz, HSI TFO
_____
Printed name and title

Approved Joseph Leonard
Sworn to before me and signed in my presence.

Date:  05/19/2016

_____
Judge's signature

City and state:  McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
_____
Printed name and title

Attachment "A"

On May 18, 2016, Homeland Security Investigations, McAllen, Texas (HSI McAllen) Special Agents, assisted by agents with U.S. Customs and Border Protection, Office of Border Patrol (OBP) and the Hidalgo County Constable's Office, Precinct 4 executed a federal search warrant at 6208 Longhorn Drive in Mission, Texas. The search resulted in the discovery of 3 undocumented aliens (UDAs) that were being harbored at the residence. Ricardo Renteria (UDA) and Ricardo Renteria Jr. (USC) were also identified at the residence. Located and seized from the residence were an SKS assault rifle and a 9 millimeter handgun.

Renteria Jr. was identified as having an active arrest warrant by the U.S. Marshal's Service for violating the terms of his federal probation.

HSI Special Agent Michael Renaud and HSI Task Force Officer (TFO) Brian Yontz read Renteria Jr. his Miranda Rights in the English language. Renteria Jr. waived his rights and agreed to speak with agents without an attorney. Renteria Jr. admitted to transporting UDAs on multiple locations. Renteria Jr. stated that he has transported UDAs in a black Dodge Durango and a red Dodge Charger. Renteria Jr. admitted to agents that on May 17, 2016, he transported one of the 3 UDAs to his home. Renteria Jr. stated to agents that although he does not own the firearms seized at the residence, he has handled them, including the magazines and ammunition. Renteria Jr. also said he has carried the handgun inside the waistband of his pants on occasion.

HSI Special Agents Erik Diaz and Irineo Garza read Renteria his Miranda Rights in the Spanish language. Renteria waived his rights and agreed to speak with agents without an attorney. Renteria stated he would take care of a few UDAs at a time on multiple occasions at his home located at 6208 Longhorn Drive in Mission, Texas. Renteria claimed ownership of the handgun in his bedroom. Renteria stated he purchased the handgun for $300.00 (USD). Renteria stated he kept the gun in his dresser inside his room. Renteria stated he was aware there was an SKS assault rifle in his home but did not claim ownership of the weapon.

HSI Special Agents Erik Diaz and Irineo Garza interviewed Oscar Rodriguez-Moreno, an undocumented alien from Mexico who was arrested at the residence. Rodriguez-Moreno stated that Renteria Jr. picked him up in a dark-colored Dodge Durango, took him to his home and told him which room to stay in. Rodriguez-Moreno stated that Renteria and Renteria Jr., both whom he identified in photo lineups, took him into his home, harbored him and provided food and water for him.

HSI Special Agents Erik Diaz and Carlos Martinez interviewed Brandon Ray-Cortez, an undocumented alien from El Salvador who was arrested at the residence. Ray-Cortez stated that Renteria and Renteria Jr., both whom he identified in photo lineups, took him into his home, harbored him and provided food and water for him for approximately two days.

HSI Special Agents Erik Diaz and Carlos Martinez interviewed Carlos Rangel-Solis, an undocumented alien from Mexico who was arrested at the residence. Rangel-Solis stated that Renteria and Renteria Jr., both whom he identified in photo lineups, took him into his home, harbored him and provided food and water for him for approximately two days.